# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:          CR 23-271 DWF/DLM |
| | ) | Date:              August 27, 2025 |
| v. | ) | Court Reporter: Caitlin Nat |
| | ) | Courthouse:     St. Paul |
| | ) | Courtroom:      7C |
| Clenest Demon Wells, Jr, | ) | Time Commenced: 9:41 a.m. |
| | ) | Time Concluded:   12:07 p.m. |
| Defendant. | ) | Time in Court:  2 Hour & 26 Minutes |
| | ) | |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   David Green & Syngen Kanassatega, Assistant United States Attorney
   For Defendant:   Wyatt Arneson, x CJA

**Evidentiary Hearing re: enhancements**

**Govt's Sentencing Exhibits 1-5 Offered and admitted (final exhibit list to be filed).**
**Defense argued against the evidence.**
**Witnesses: Clenest Demon Wells, Jr**

   **x Sentencing.**

IT IS ORDERED:     Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | | X | 116 months | | 3 years | | |
| 2 | | X | 116 months | | 3 years | | |
| 3 | | X | 116 months | | 3 years | | |
| 4 | | X | 116 months | | 3 years | | |

   **Said terms to run x concurrently**

x Special conditions of:   **See J&C for special conditions**
 x Defendant sentenced to pay:
     x Special assessment in the amount of $400.00.
 x    Defendant remanded to the custody of the U.S. Marshal.
 x Docket nos. 117 and 118 shall remain sealed for 20 years until August 27, 2045.

                                                                    s/L. Sampson
                                                              Courtroom Deputy